%AO 440 (Rev. 8/01) Summons in a Civil

Judge Berman

# UNITED STATES DISTRICT COURT

Southern                     District of                     New York

SILVIN BLACKSTOCK

V.

THE CITY OF NEW YORK, THE POLICE DEPARTMENT OF THE CITY OF NEW YORK THE CITY OF NEW YORK POLICE OFFICERS MICHAEL DIMURRA AND JOHN DOE 1 THROUGH 4, THE SAME BELIEVED TO BE UNNAMED POLICE OFFICERS OF THE 47TH PRECINCT OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK,,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 01541

TO: (Name and address of Defendant)

THE CORPORATION COUNSEL
THE CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

IAN BELINFANTI, ESQ.
481 8TH AVENUE, SUITE 1545
NEW YORK, NEW YORK 10001

an answer to the complaint which is served on you with this summons, within ____TWENTY (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

FEB 1 4 2008

DATE

**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

Index No.:
Date Summons
Filed:

------------------------------------------------------------x

SILVIN BLACKSTOCK,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, THE POLICE DEPARTMENT
OF THE CITY OF NEW YORK, THE CITY OF NEW YORK
POLICE OFFICERS MICHAEL DiMURRA AND JOHN DOE 1
THROUGH 4, THE SAME BELIEVED TO BE UNNAMED
POLICE OFFICERS OF THE 47TH PRECINCT OF THE
POLICE DEPARTMENT OF THE CITY OF NEW YORK,



                                        Defendants.

------------------------------------------------------------x

PLAINTIFF, by and through his attorney, IAN BELINFANTI, complaining of defendants, alleges the following:

This is an action for money damages for defendants' violation of plaintiff's civil rights by unlawful arrest, detention, false imprisonment and malicious prosecution of plaintiffs, and infliction of emotional distress.

Plaintiff demands a trial by jury.

## COMPLIANCE WITH GEN. MUN. LAW, SECTION 50-i

1. Heretofore and on or about June 5th, 2007, a notice of claim together with a notice to sue was duly served upon the defendant. That the notice of claim and notice of intention to sue was duly served upon the defendant within ninety (90) days after the cause of action of the plaintiff accrued.

2. That more than thirty (30) days have elapsed since the service of the notice of claim and notice of intention to sue upon the defendant.

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/21/2008 |
| NAME OF SERVER *(PRINT)* Ian Belinfanti | TITLE Attorney at Law |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   NYC Law Department, 100 Church Street, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/2/2008___      _[signature]_
                Date                    Signature of Server

481 8th Avenue, Suite 1545, New York, NY 10001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⁂AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/15/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ian Belinfanti, Esq. | Attorney at Law |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   The Corporation Counsel of the City of New York, 100 Church Street, New York, New York 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/20/2008___      _____[signature]_____
             Date                 Signature of Server

481 8th Avenue, Suite 1545, New York, N.Y. 10001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.