SILVIN BLACKSTOCK

Plaintiff(s)

- against -

CITY OF NEW YORK, ETAL

Defendant(s)

Index # 08 CV 01541 (RMB)
Court Date March 20, 2008
Purchased February 14, 2008
File # 31(D)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 12, 2008 at 10:25 AM at

NYPD-47 PRECINCT
4111 LACONIA AVENUE
BRONX, NY

deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER MICHAEL DIMURRA therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to SGT. DEITZ a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| MALE | WHITE | BLACK/GRAY | 57 | 6'0 | 175 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

NYPD-47 PRECINCT
4111 LACONIA AVENUE
BRONX, NY

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 12, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 12, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**WILLIAM MORRISON**
License #: 870436

Invoice #: 458606

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

Judge Berman

AO 440 (Rev. 8/01) Summons in a Civil

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

SILVIN BLACKSTOCK

**SUMMONS IN A CIVIL ACTION**

V.

THE CITY OF NEW YORK, THE POLICE
DEPARTMENT OF THE CITY OF NEW YORK

THE CITY OF NEW YORK POLICE
OFFICERS MICHAEL DIMURRA AND
JOHN DOE 1 THROUGH 4, THE SAME
BELIEVED TO BE UNNAMED POLICE
OFFICERS OF THE 47TH PRECINCT
OF THE POLICE DEPARTMENT OF THE
CITY OF NEW YORK,,

CASE NUMBER: **08 CV 01541**

TO: (Name and address of Defendant)

THE CORPORATION COUNSEL
THE CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

IAN BELINFANTI, ESQ.
481 8TH AVENUE, SUITE 1545
NEW YORK, NEW YORK 10001

an answer to the complaint which is served on you with this summons, within ____TWENTY (20)____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

FEB 1 4 2008

DATE