UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
SILVIN BLACKSTOCK

   Plaintiff(s),

- v -

CITY OF NEW YORK

   Defendant(s).
-------------------------------------------------X

**Case Management Plan**

08 CV.01541 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by _June 14, 2008_

(ii)  Amend the pleadings by _June 14, 2008_

(iii) All discovery to be expeditiously completed by _Sept. 16, 2008 (FACT + EXPERT)_

(iv)  Consent to Proceed before Magistrate Judge — _The parties do not consent._

(v)   Status of settlement discussions — _The parties have yet to discuss settlement_

Settlement with principals on 9/16/08 @ 10:30 with principals

Sections vi through xi will be set at conference with the Court.

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

SO ORDERED: New York, New York
5/14/08

RMB
Hon. Richard M. Berman, U.S.D.J.