UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SILVIN BLACKSTOCK,

                    Plaintiff,

            v.

THE CITY OF NEW YORK, THE POLICE
DEPARTMENT OF THE CITY OF NEW YORK,
POLICE OFFICER MICHAEL DIMURRA and
JOHN DOE 1-4,

                    Defendants.

NOTICE OF ENTRY OF APPEARANCE

08-cv-01541 (RMB)

------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearances of A. Hyun Rich and the law firm of Linklaters LLP as counsel of record for Defendants the City of New York, the Police Department of the City of New York, and Police Officer Michael DiMurra in the above-captioned action.

Dated:    New York, New York
            June 19, 2008

                                                      Respectfully submitted,

                                                       Linklaters LLP

                                                       By:   /s/ A. Hyun Rich
                                                       A. Hyun Rich (AR 7900)
                                                       1345 Avenue of the Americas
                                                       New York, NY 10105
                                                       (212) 903-9000
                                                       (212) 903-9100 (fax)

                                                       Attorneys for the City of New York, the Police
                                                       Department of the City of New York, and
                                                       Police Officer Michael DiMurra

//

2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 19, 2008, I cause a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be filed electronically with the Clerk of the Court on the ECF system, where the document is available for reviewing and downloading.

                                                /s/ A. Hyun Rich

                                                 A. Hyun Rich

//