SEP 05 2008

IAN M. BELINFANTI
ATTORNEY AT LAW
481 8TH AVENUE
SUITE 1545
NEW YORK • NEW YORK • 10001

(212) 868 • 7347
Fax: (212) 868 • 7348

September 4, 2008

**MEMO ENDORSED**

By FedEx

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/8/08

**Re: Blackstock v. City of New York, et al., 08-CV-01541 (RMB)**

Dear Judge Berman:

Pursuant to your individual practices and upon consent of counsel for Defendants, Plaintiff's counsel hereby respectfully requests a Sixty (60) day adjournment of the Settlement Conference and an extension of time to complete discovery, both of which were scheduled for September 16th, 2008.

The additional time is needed by plaintiff to complete interrogatories, production of documents and for deposition of the parties.

This is the first request by Plaintiff for an extension of time to complete discovery and no other dates will be affected by this adjournment. All other procedural dates were scheduled to be set at the Settlement Conference.

Yours Truly,

Ian M. Belinfanti

C: A. Hyun Rich, Associate (by facsimile)
   Linklaters LLP

Adjourned to 10/16/08 @ 11:30

SO ORDERED:
Date: 9/8/08
Richard M. Berman, U.S.D.J.