UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BLACKSTOCK,

                        Plaintiff(s),                        08 Civ. 1541

    -against-                                     **ORDER**

CITY OF NEW YORK et al.,

                        Defendant(s),
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      Counsel for Plaintiff and Defendants, having appeared in Court on February 26, 2009, and having advised the Court that the parties have reached a resolution of this matter, it is hereby

      **ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for Plaintiff and/or Defendant may upon good cause shown apply by letter for restoration of the action.

Dated: New York, New York
       February 26, 2009

                                                    **Richard M. Berman, U.S.D.J.**